IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW E. DEBORD, et al.,

    Plaintiffs,

v.                                                              Case No. 3:07cv365/LAC

G & S MATERIAL SERVICE, INC., et al.,

    Defendants.

_____/

**O R D E R**

This cause is before the Court on a motion to dismiss filed by Defendant James C. Presley (doc. 9), in which Defendant G & S Material Service, Inc., has joined, and a response thereto by Plaintiffs which includes a motion to remove Defendant Presley as a party defendant (doc. 11). No response to Plaintiffs' motion has been filed.

At issue is the fact that Defendant Presley is a resident of Florida, as are Plaintiffs. Thus, Defendant moved for dismissal since the diversity jurisdiction upon which this action is based is destroyed. Plaintiffs respond by moving to drop Defendant Presley and thereby cure this jurisdictional defect.

Pursuant to Fed.R.Civ.P. 21, a party may be dropped from the litigation "at any stage of the action and on such terms as are just." Under this rule, a nondiverse party who is not

indispensable to the action may be dropped in order to preserve diversity jurisdiction. *See Fritz v. American Home Shield Corp.*, 751 F.2d 1152, 1154 (11th Cir. 1985) (citing 7 C. Wright & A. Miller, Federal Practice and Procedure § 1685 (1972)); *see also Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 109 S.Ct. 2218 (1989). It is clear from the complaint that Defendant Presley may be dropped under these terms.

Accordingly, the Court **ORDERS:**

1.  Defendants' motion to dismiss (doc. 9) is **DENIED**, and Plaintiffs' motion to remove Defendant Presley (doc. 11) is **GRANTED**.

2.  Defendant James C. Presley is hereby **DISMISSED** from this action.

3.  Plaintiffs shall file an amended complaint within FIFTEEN (15) DAYS from the date of this Order to reflect this dismissal.

**ORDERED** on this 18th day of August, 2008.

                                            s/*L.A. Collier*
                                            Lacey A. Collier
                                     Senior United States District Judge