## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MATTHEW E. DEBORD, et al.,

      Plaintiffs,

vs.                                                    CASE NO: 3:07cv365/LAC

G & S MATERIAL SERVICE, INC., et al.,

      Defendants.

_____/

## ORDER ADOPTING PROPOSED DISCOVERY PLAN

The parties have submitted their proposed discovery plan (doc. #27) in accordance with this Court's Initial Scheduling Order, and it is hereby adopted and made the Order of the Court.. All other provisions of the Initial Scheduling Order shall remain in full force and effect except as modified by the proposed discovery plan.

All discovery ends 17 December, 2008

**ORDERED** this 30th day of September, 2008.

s/L. A. Collier
LACEY A. COLLIER
Senior United States District Judge