IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW E. DEBORD, et al.,
    Plaintiffs,

v.                                       CASE NO.: 3:07cv365/LAC/MD

G & S MATERIAL SERVICE, INC., et al.,
    Defendants.

## O R D E R

    This cause is before the court upon the plaintiffs' motion to quash subpoena for deposition of Dr. Richard Six (doc. 65).  Before the court rules on this matter, the defendants shall have the opportunity to respond.

    Accordingly, it is ORDERED:

    Defendants shall respond to the plaintiffs' motion on or before Thursday, April 23, 2009 by electronic filing.

    DONE AND ORDERED this 21st day of April, 2009.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**