UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW E. DEBORD, et al.

     VS                                             CASE NO.  3:07cv365-LAC/MD

G & S MATERIAL SERVICE, INC., et al.

**REFERRAL AND ORDER**

Referred to Judge Miles Davis on   April 24, 2009
Motion/Pleadings: MOTION FOR CLARIFICATION
Filed by plaintiffs           on 4/24/09           Doc.# 73
RESPONSES:
                                 on           Doc.#
                                 on           Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*
LC (1 OR 2)           Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of April, 2009, that:*

*(a) The relief requested is GRANTED to the extent this order has issued.*

*(b) The court's order of April 24, 2009 is modified to reflect that Defendants' side is limited to twenty (20) depositions, including those already taken.*

/s/ *Miles Davis*

**MILES DAVIS**
**United States Magistrate Judge**

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.