**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MATTHEW E. DEBORD, et al.,

    Plaintiffs,

v.                                                                                              Case No. 3:07cv365/LAC

G & S MATERIAL SERVICE, INC., et al.,

    Defendants.
_____/

## ORDER AND NOTICE

Plaintiffs' motion for summary judgment as to liability and permanent injury (Doc. 79) will be taken under advisement by the Court on June 22, 2009. Because the Court does not contemplate scheduling a hearing on the motion, the parties are directed to file and serve responsive memoranda, affidavits, and any other documents or materials authorized to be filed under the Federal Rules of Civil Procedure <u>before</u> the above date. Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the Court in ruling on this motion.

The motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there

is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. *See* FED. R. CIV. P. 56.

    **ORDERED** on this 12th day of May, 2009.

*s/ L.A. Collier*
Lacey A. Collier
Senior United States District Judge
