IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW E. DEBORD, et al.,

    Plaintiffs,

v.                                                          Case No. 3:07cv365/LAC

G & S MATERIAL SERVICE, INC., et al.,

    Defendants.
_____/

**O R D E R**

Upon review of the file, the Court notes that mediation between the parties should have reached its completion in accordance with the Court's Mediation Order. However, Plaintiffs have failed to file a report regarding the outcome of the mediation as directed in the Order. Accordingly, the Court orders Plaintiffs to show cause, within **ten (10) days** of this Order, why sanctions should not be considered for failing to timely respond to this Court's Order.

**ORDERED** on this 29th day of July, 2009.

                                                      s/*L.A. Collier*
                                                      Lacey A. Collier
                                              Senior United States District Judge