**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MATTHEW E. DEBORD
and TABITHA DEBORD,

    Plaintiffs,

v                                                  CASE NO. 3:07cv365/LAC

G&S MATERIAL SERVICE, INC.,
JAMES DUNSFORD and STEPHEN
DUNSFORD, and SOUTH ALABAM
TRANSPoRT, LLC, a/k/a SOUTH
ALABAMA TRANSPORT, LLC,

    Defendants.
_____/

**O R D E R**

    The Court notes that the issues are joined in this case and that the discovery period has ended. The trial of the case will now be set.

    Toward this end, counsel are directed to confer personally and notify the Court in writing within five (5) working days of the expected length of the trial and confirm this case to be a trial by judge or jury. All parties will be notified by separate order of the dates for the pre-trial conference, if necessary, and trial.

    **ORDERED** this 2nd day of March, 2010.

                                                s/*L.A. Collier*
                                                LACEY A. COLLIER
                                                Senior United States District Judge