# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MATTHEW E. DEBORD,
and TABITHA DEBORD,

    Plaintiffs,

v.                                                                      Case No. 3:07cv365/LAC

G & S MATERIAL SERVICE, INC.,
JAMES DUNSFORD and STEPHEN
DUNSFORD, and SOUTH ALABAM
TRANSPORT, LLC, a/k/a SOUTH
ALABAMA TRANSPORT, LLC,

    Defendants.
_____/

## **O R D E R**

The parties have each notified the Court that they have failed to agree upon a named mediator and about certain other issues attendant to the mediation.

Upon consideration, **IT IS HEREBY ORDERED**:

1.     Louis F. Ray, Jr., 118 W. Cervantes Street, Pensacola, Florida, is appointed as mediator in the above styled case.

2.     It is the Court's understanding that Mr. Ray is available for mediation on the following dates:

| | | | | | |
|---|---|---|---|---|---|
| May 3 | May 5 | May 6 | May 7 | May 11 | May 12 |
| May 13 | May 14 | May 24 | May 25 | May 26 | May 27 |
| May 28 | | | | | |

3. Within 48 hours, the parties shall agree upon one of the dates above for commencement of this mediation and shall inform the Court of this result by the close of business on Friday, April 9, 2010.

4. All parties, or a representative of a party who is not counsel but has full authority to settle the entire case, shall attend the mediation.

5. A representative from the worker's compensation carrier shall be allowed but is not required to participate in the mediation.

6. A representative for the estate of Matthew Debord shall be allowed but is not required to participate in the mediation.

7. The remainder of Order of Mediation dated March 23, 2010, remains in full force and effect.

**ORDERED** on this 8th day of April, 2010.


s/*L.A. Collier*
Lacey A. Collier
Senior United States District Judge