# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ESTATE OF MATTHEW DEBORD, et al.,

    Plaintiffs,

vs.                                                      CASE NO. 3:07cv365/LAC

G & S MATERIAL SERVICE, et al.,

    Defendants.

_____/

## AMENDED ORDER SETTING TRIAL

IT IS ORDERED that Section I(D) of the ORDER SETTING TRIAL entered on June 7, 2010 (doc #109 ), shall be amended as follows:

    I. <u>DATES FOR COMPLIANCE WITH PRETRIAL PROCEDURE.</u>

        D. This case will be tried in **PENSACOLA** by **JURY <u>BEGINNING MONDAY, AUGUST 30, 2010, with jury selection scheduled for 9:00 A.M. ON MONDAY, AUGUST 30, 2010.</u>**

All other dates and conditions of the ORDER dated June 7, 2010 remain in full effect.

**ORDERED** this 11th day of June, 2010.

                                         s/*L.A. Collier*
                                         LACEY A. COLLIER
                                         Senior United States District Judge